1318 East 10th Realty LLC
1310 East 10th Street
Brooklyn NY 11230

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271-A Cadman Plaza
Brooklyn NY 11201

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
RECEIVED - BROOKLYN

AUG 28 2025 PM02:40

Re: In re 1318 East 10th Realty LLC
Case No.: 1-25-43791-nhl

---

**Request for Extension of Time to Retain Counsel**

To the Honorable Court:

1318 East 10th Realty LLC respectfully submits this letter to request a short extension of time in the above-referenced matter. The LLC is presently in the process of retaining bankruptcy counsel to appear on its behalf, as required by the Bankruptcy Code and applicable rules.

Due to the need to finalize engagement with counsel but Counsel is on vacation, the LLC respectfully requests an extension of fourteen (14) days from today's date in order to secure representation and allow counsel sufficient time to review the matter and file an appearance.

This request is made in good faith and not for the purpose of delay, and granting this brief extension will serve the interests of justice by permitting the matter to proceed with proper representation.

We respectfully request that the Court grant this 14-day extension.

Respectfully submitted,


1318 East 10th Realty LLC
By: _____ 8-28-25
Elie Sabbagh, Member